1  Peter C. Bronstein (SBN 153611)
2  **LAW OFFICE OF PETER C. BRONSTEIN**
   1925 Century Park East, Suite 350
3  Los Angeles, CA. 90067
4  (310) 203-2249 Telephone
   (310) 203-2259 Facsimile
5  Email: Peterbronz@yahoo.com

6
   Attorney for Defendants Logan & Roger Raskin
7

8                     UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA

10

11

12
   ANTHONY ORMESHER, an            )   Case No. CV09-6161 RSWL (PLAx)
13 individual; and JOSE ALVES, an  )
14 individual,                     )
                                   )   **DEFENDANTS' MEMORANDUM**
15         Plaintiffs,             )   **OF POINTS AND AUTHORITIES**
                                   )   **IN OPPOSITION TO PLAINTIFFS**
16                                 )   **MOTION FOR SUMMARY**
       vs.                         )   **ADJUDICATION**
17                                 )
18 ROGER RASKIN, an individual, *et al.,* )
                                   )
19         Defendants.            )
                                   )   Date:    April 27, 2010
20                                 )   Time:    9:00 a.m.
                                   )   Place:   Courtroom of the Hon.
21                                 )            Ronald S. W. Lew
22                                 )
                                   )
23                                 )
                                   )
24 _____)

25

26

27

28

Defendants Roger Raskin and Logan Garth Raskin respectfully object to Plaintiff Anthony Ormesher's and Jose Alves' Motion for Summary Adjudication.

Without waiving the foregoing objections, Defendants Roger Raskin and Logan Garth Raskin hereby submit their Statement of Genuine Issues of Material Fact in Dispute and Conclusions of Law pursuant to Local Rule 56-2 as follows:

## INTRODUCTION

## NOT CLEAR CUT AS DESCRIBED BY PLAINTIFFS

Plaintiff's would have you believe that this is a simple case of copyright infringement and there are no defenses.  Do not be fooled.  Plaintiff and Defendant Roger Raskin met and worked together for a brief stint in February 2004 as described in the Paragraph 2 of Declaration of Roger Raskin, attached hereto and hereby incorporated by reference as Exhibit A.  During the time they worked together Plaintiff Ormesher played the song "Brother" for Defendant Roger Raskin. Roger made suggestions to revise the chorus and the ending of the song changing material portions of the song "Brother" (See Decl. R. Raskin Para. 2). After revising the song Plaintiff Ormesher provided Defendant R. Raskin with the new song and provided an implied license to R. Raskin to promote the song and attempt to get the music into films or television (See Decl. R. Raskin Para. 3). In April 2005, Defendant R. Raskin had the opportunity to provide a disc drive of songs to a music director for inclusion in a movie. (See Decl. R. Raskin Para. 4). Defendant R. Raskin contacted Plaintiff

1    Ormesher via email and attempted numerous phone calls to reach Plaintiff Ormesher
2    including but not limited to calls to friends of Plaintiff Ormesher but no response was
3
4    ever made (See Decl. R. Raskin Para. 5, Decl. L. Raskin Para. 3). Defendants Roger
5    and Logan Raskin then went to the studio and spent over 70 hours creating a new
6    song entitled "Brother of Mine" (See Decl. R. Raskin Para. 6). Numerous copies of
7
8    the new song "Brother of Mine" were recorded and rerecorded by the Defendants
9    Roger and Logan Raskin (See Decl. L. Raskin Para. 4). The engineer of the recording
10   studio then provided a copy of each recording via compact disc to the music director
11
12   of the film, Richard Walters by the engineer Carlos Villalobos (See Decl. L. Raskin
13   Para. 4). The final version of the song "Brother of Mine is completely different then
14   the song "Brother" (See Decl. R. Raskin Para. 6, Decl. L. Raskin Para. 4).
15
16   Defendants Raskins delivered a final version of the song "Brother of Mine" to the
17   Movie Director. (See Decl. L. Raskin Para.6).   In 2005, the movie "Slingshot" was
18   finished and shown at a screening. (See Decl. L. Raskin Para. 8, Decl. R. Raskin
19
20   Para. 8.).   At the screening, Plaintiff's discovered that the song "Brother" not
21   "Brother of Mine" was in the movie. (See Decl. L. Raskin Para. 8, Decl. R. Raskin
22   Para. 8.).   At the same screening, Defendants Raskins confronted the movie director
23
24   and instructed him the wrong song was in the movie and he needed to rectify the
25   situation. (See Decl. L. Raskin Para. 8, Decl. R. Raskin Para. 8.).
26
27   //
28   //

DEFENDANTS' POINTS AND AUTHORITIES IN OPPOSITION TO
SUMMARY ADJUDICATION ON LIABILITY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## *ARGUMENT*
## I. LEGAL STANDARD
### A. Summary Judgment/Summary Adjudication Standard

When deciding a motion for summary judgment, a court "must determine whether the evidence, 'viewed in the light most favorable to the non-moving party, presents any genuine issues of material fact.' " *Southland Sod Farms v. Stover Seed Co.*, 108 F.3d 1134, 1138 (9th Cir. 1997). "The court must not weigh the evidence or determine the truth of matters asserted but only determine whether there is a genuine issue for trial." *Id.* (citation omitted). If conflicting evidence exists as to a material fact, summary judgment must be denied. *See McLaughlin v. Liu*, 849 F.2d 1205, 1208 (9th Cir. 1988) (reversing summary judgment upon finding that the district court improperly weighed the credibility of conflicting evidence).

### THE CLAIMS FOR INFRINGEMENT OF THE MOVIE AND DVD SLINGSHOT FAIL DUE TO STATUTE OF LIMITATIONS AND LACHES

A claim for copyright infringement must bring within three (3) years after the claim accrued. 17 U.S.C. 507(b). The movie "Slingshot" was released on April 26, 2005. The Ninth circuit follows the discovery rule for determining when the accrual date begins. Plaintiff was place on actual notice of any potential claim when Defendant Roger Raskin emailed and left a voicemail with Plaintiff Ormesher (See Decl. R. Raskin Para. 5, Decl. L. Raskin Para. 3). and on constructive notice when the movie "Slingshot" was released.  The dates of accrurral and knowledge should

1   end this case but at a minimum raise a triable issue of facts. The Complaint was filed

2   in August 2009 that is more then four (4) years after the alleged infringement

3

4   occurred, which never happened.

5       As to the DVD that was released April 24, 2007, case law supports the position

6   that when the DVD is the same as the movie the date of the DVD for accrual

7

8   purposes is the same as the movie. In (***Danjaq LLC v. Sony Corp.* (9th Cir.2001)**

9   **263 F.3d 942, 952 (*Danjaq LLC* ).**) the Court concluded that release of a DVD for a

10  previously released movie relates back in time for time calculations "Where, as here,

11

12  the allegedly infringing aspect of the DVD is identical to the alleged infringements

13  contained in the underlying movie, then the two should be treated identically for

14  purposes of laches. If the date applies as to laches which is within the statute of

15

16  limitations then it definitely must apply to a statute of limitations claim."

17      As to laches the Court further ruled "For similar reasons, we reject McClory's

18  argument that laches may never bar a claim for infringement brought within the

19

20  statute of limitations. We have already determined that laches may sometimes bar a

21  statutorily timely claim. *Kling,* 225 F.3d at 1039; *Jackson,* 25 F.3d at 888. And,

22  although such an application of laches may be unusual, *see Telink,* 24 F.3d at 45 n. 3,

23

24  it is appropriate here. Even leaving aside the special circumstance of re-releases, we

25  conclude in any event that McClory's extraordinary delay and the extraordinary

26  prejudice to Danjaq render laches appropriate despite the statute of limitations. *Id.* at

27

28  46 n. 5"

The claim also fails based upon unreasonable delay and prejudice. "The perfect overlap between the alleged infringements in the DVD re-releases and the original movies require us to treat them the same for purposes of laches, regardless of the statute of limitations. Here, it has simply been alleged that DVDs "and other new media" contain the same infringing elements as the movies that they reproduce. In this situation, the new medium and the old should be treated as one". (***Danjaq LLC v. Sony Corp.*** **(9th Cir.2001) 263 F.3d 942, 952** (***Danjaq LLC*** ).

As the movie "Slingshot" and the DVD "Slingshot" are exact copies, for laches purposes the original date of April 26, 2005 should be the date of accrual meaning Plaintiff had until April 26, 2008 to bring an action and is thus time barred. At a minimum the claim must be barred for unreasonable delay when Plaintiff knew the events occurred in April 2005 via Defendants email.

## II. SUMMARY JUDGMENT MUST BE DENIED IN LIGHT OF PLAINTIFFS' FAILURE TO MEET THEIR BURDEN OF SHOWING OWNERSHIP OF A VALID COPYRIGHT.

### A. Plaintiff Alvers' copyright is not presumptively valid.

As a threshold matter, Plaintiffs have not proven ownership of an existing, valid, and registered copyright interest, as is a statutory prerequisite to filing an infringement action. 17 U.S.C. § 411; *Feist Pubs., Inc. v. Rural Tel. Ser. Co., Inc.*, 499 U.S. 340, 361 (1991). Section 410(c) of the Copyright Act provides:

In any judicial proceedings the certificate of a registration *made before or*

*within five years after first publication* of the work shall constitute prima facie evidence of the validity of the copyright and of the facts stated in the certificate. The evidentiary weight to be accorded the certificate of a registration made thereafter shall be within the discretion of the court.

17 U.S.C. § 410(c) (emphasis added); *see also* <u>*Religious Tech. Ctr. v. Netcom On-Line Commun. Sers.*</u>, 923 F. Supp. 1231, 1242 (N.D. Cal. 1995) (finding no statutory presumption). In the absence of this statutory presumption of validity, the trier of fact has the prerogative to determine whether the copyrighted work has sufficient originality for the copyright to be valid. *N.* <u>*Coast Indus. v. Jason Maxwell, Inc.*</u>, 972 F.2d 1031, 1035 (9th Cir. 1992).

Plaintiffs assert that their copyrights are "presumptively valid" based on registration (Mot. at 4), but they are not entitled to this presumption under <u>Section 410(c)</u> because of the untimely registration of Plaintiff Alvers copyrights. Plaintiffs admit that "Brother" was published in early 1999. Decl. ¶ 5. Furthermore, both of the Plaintiffs registrations at issue here state on their face that they are based on first publication that occurred in January 1999. Yet the August 9, 2009 date of Plaintiff Alvers registration is greater than five years after the January 1999 publication. Accordingly, the registration is not prima facie evidence of validity for Plaintiffs' Alvers works. *See* § 410(c).

Plaintiff Alves was part of the band Amateur working with Plaintiff Olmesher and the late registrations days before filing is at least suspect and a triable issue of

1  fact.

## B. PLAINTIFF ORMESHERS CLAIM FOR COPYRIGHT OWNERSHIP REQUIRES THE COURT TO MASKE A DETERMINATION IF PLAINTIFF ROGER RASKINS' CLAIM FOR JOINT AUTHORSHIP IS VALID

Under section 201 of the Copyright Act, "the authors of a joint work are co-owners of copyright in the work. (17 U.S.C.A.201 (a). Plaintiff Omesher and Defendant Roger Raskin met and worked together for a brief stint in 2004.  (See Decl. R. Raskin Para. 2). During the time they worked together, Plaintiff Ormesher played the song "Brother" for Defendant Roger Raskin (See Decl. R. Raskin Para. 2). Roger made suggestions to revise the chorus and the ending of the song changing the song "Brother". (See Decl. R. Raskin Para. 2).  After revising the song Plaintiff Ormesher provided Defendant R. Raskin with the new song and provided an implied license to R. Raskin to promote the song and attempt to get the music into films or television. (See Decl. R. Raskin Para. 3).  This is evidence of joint authorship and must be determined by a trier of fact

## IV. SUMMARY JUDGMENT MUST BE DENIED IN LIGHT OF GENUINE ISSUES OF MATERIAL FACT ABOUT PLAINTIFFS' IMPLIED LICENSE AND WAIVER.

In the context of copyright, whether an accused infringer had a license is typically a factual issue, in that a nonexclusive license may arise from the conduct of the parties or other non-written actions. *See, e.g., Atkins v. Fischer*, 331 F.3d 988, 991-92 (D.C. Cir. 2003). In *Fischer*, the court held that summary judgment was inappropriate because the issue of whether the copyright owner granted a license

1  should have been submitted to trial, in light of the parties' conduct and the owner's

2  delivery of her designs to the accused infringers. *Id.* at 993; *see also Tsai v.*

3

4  *Westcoast Prof'l Group, LLC*, 2005 U.S. Dist. LEXIS 45556, at *13-15, 22 (C.D.

5  Cal. 2005) (denying summary judgment in light of writings and facts supporting the

6

7  existence of a license).

8       Even absent an express license, a copyright owner may grant a nonexclusive

9  license impliedly through conduct. *Asset Marketing Systems, Inc. v. Gagnon*, 542

10  F.3d 748, 754 (9th Cir. 2008). The relevant inquiry is "the licensor's objective intent

11

12  at the time of the creation and delivery of the software as manifested by the parties'

13  conduct." *Id.* at 756 (citing *Effects Assoc., Inc. v. Cohen*, 908 F.2d 555, 559 n.6 (9th

14  Cir. 1990)). Whether the licensor intended to grant an implied license "is a question

15

16  of fact that must be left to the jury." *Intelligraphics, Inc. v. Marvell Semiconductor,*

17  *Inc.*, No. C 07-2499 JCS, 2008 WL 3200212, at *6 (N.D. Cal. Aug. 6, 2008).

18  The above facts show that a reasonable jury could find that Plaintiffs' conduct was

19

20  consistent with an **implied license** or a waiver of Plaintiff's right to enforce Plaintiff

21  Ormeshers **copyrights** against Defendants. That Defendant sent Plaintiff Ormesher

22

23  emails that were not bounced back and attempted to contact Plaintiff placed Plaintiff

24  on knowledge of the facts. Plaintiffs silence coupled with an oral request by Plaintiff

25  Ormesher that Defendant Roger Raskin should take the Compact disc and attempt to

26

27  place it in movies and television demonstrates that Defendant Raskin had a license to

28  use.

1     In 2007, the Raskins Business Manager, Greg Ladanyi, decided to place some

2   songs in a digital version through CD Baby. Mr. Ladanyi copied the songs and

3

4   forwarded the songs to CD Baby. One of the songs available for listening only, was

5   "Brother", based upon Roger Raskins license with Plaintiff, collaboration on the song

6   jointly and based upon silence after Plaintiff Ormesher was informed of the movie in

7

8   April 2005. CD Baby informed Roger Raskins when the songs were forwarded that

9   they would only be available through CD Baby and no other entity.  CD Baby informed

10  Defendant Roger Raskin that the song "Brother" could be made available for listening

11

12  only and not for sale anywhere.  Based upon joint authorship of the copyrighted song,

13  the silence of Plaintiff Ormesher after contacting him in 2005, Roger Raskin's implied

14  license and CD Baby's emails, Defendant Roger Raskin allowed the song "Brother" to

15

16  be listed exclusively on CD Baby, unavailable for sale, and listing the Plaintiff

17  Ormesher.

18     Plaintiffs Conduct for the Period of Time Preceding the Filing of this Lawsuit

19  Establishes an Implied License Authorizing Defendant Raskins to promote the new

20

21  song coupled with silence Plaintiff's remaining claims of infringement fail because

22  the conduct of the parties establishes an implied license for Defendant Roger Raskin

23

24  to exploit the compositions embodied on both the movie and DVD as a matter of law.

25     1. *An implied license is a complete defense to claims of copyright* infringement.

26  A copyright owner may orally grant a non-exclusive license, or a non-exclusive

27

28  license may be established from conduct evidencing the owner's intent to allow a

DEFENDANTS' POINTS AND AUTHORITIES IN OPPOSITION TO
SUMMARY ADJUDICATION ON LIABILITY

licensee to exploit the work. *John G. Danielson, Inc. v. Winchester-Conant Properties, Inc.*, 322 F.3d 26, 40 (1st Cir. 2003). "Uses of the copyrighted work that stay within the scope of a nonexclusive license are immunized from infringement suits." *Id.* (citing *Graham v. James*, 144 F.3d 229, 236 (2nd Cir. 1998)).

An implied license, like any other contract implied-in-fact, "arise(s) under circumstances which, according to the ordinary course of dealing and common understanding of men, show a mutual intention to contract." *The Metropolitan Government of Nashville and Davidson County v. CIGNA Healthcare of Tennessee, Inc.*, 195 S.W.3d 28, 32 (Tenn. Ct. App. 2005) (quoting *Weatherly v. American Agric. Chem. Co.*, 65 S.W.2d 592, 598 (Tenn. 1933)); *see also Matthews v. Matthews*, 2005 Tenn. App. LEXIS 204, * 11 (Tenn. Ct. App. April 7, 2005) (holding that financial records and circumstances supported a determination that the LLC assented to the assumption of indebtedness on a promissory note despite no written document transferring the indebtedness from the individuals to the LLC).

"The mutual intent or assent may be exemplified by the parties' conduct and the surrounding circumstances." *Matthews*, 2005 Tenn. App. LEXIS 204 at * 11 (citing *Thompson v. Hensley*, 136 S.W.3d 925, 930 (Tenn. Ct. App. 2003)); *see also Sartain v. Sartain*, 1998 Tenn. App. LEXIS 722, ** 6-7 (Tenn. Ct. App. October 29, 1998)(contract implied in fact "may result as a legal inference from the facts and circumstances of the case") (citation omitted).

   2. *The conduct of the parties establishes an implied license from* Plaintiff

1  authorizing Defendant Raskins exploitation of the song Brother. Plaintiff's conduct

2  during the course of the parties' dealings relating to the exploitation of the song

3

4  Brother demonstrates the mutual assent necessary to establish an implied license for

5  Defendant Raskins exploitation of those compositions. "Implicit in the definition of

6  an implied-in-fact contract is that the parties to such a contract must have had some

7

8  relationship with each other and conducted themselves in such a manner that it is

9  obvious that they assented to be mutually obligated by the contract." 1 *Tenn. Juris.*,

10  Contracts, § 98 - Definitions and General Considerations.

11

12  The record in this matter demonstrates as a matter of law that no reasonable juror

13  could find Defendant Raskins actions in exploiting the compositions embodied on the

14  movie, DVD and The Essentials compilation to constitute copyright infringement.

15

16  *See Jacob Maxwell, Inc. v. Veeck*, 110 F.3d 749, 752, n. 2 (11th Cir. 1997) (finding

17  plaintiffs approving conduct established an implied license for use of plaintiff's

18  musical compositions).

19

20

21                      CONCLUSIONS OF LAW

22

23  1. That the case is time barred based upon the statute of limitations and laches,

24  2. That at a minimum there are triable issues of fact over the following

25          a) Was there an implied license between Plaintiff and Defendants?

26

27          b) Was the song Brother a joint authorship between Plaintiff and Defendant

28  Raskins?

DEFENDANTS' POINTS AND AUTHORITIES IN OPPOSITION TO
SUMMARY ADJUDICATION ON LIABILITY

1    c)  Did Plaintiff materially contribute to the songs placement in the movie or

2  DVD?

3

4  Dated:  April 13, 2010                **LAW OFFICE OF PETER C. BRONSTEIN**

5

6                                        By:____/s/_____

7                                            Peter C. Bronstein
                                             Attorney for Defendants Roger Raskin and Logan
8                                            Garth Raskin

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' POINTS AND AUTHORITIES IN OPPOSITION TO
SUMMARY ADJUDICATION ON LIABILITY

Peter C. Bronstein (SBN 153611)
**LAW OFFICE OF PETER C. BRONSTEIN**
1925 Century Park East, Suite 350
Los Angeles, CA. 90067
(310) 203-2249 Telephone
(310) 203-2259 Facsimile
Email: Peterbronz@yahoo.com

Attorney for Logan & Roger Raskin

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANTHONY ORMESHER, an
individual; and JOSE ALVES, an
individual,

        Plaintiffs,

    vs.

ROGER RASKIN, an individual, *et al.,*

        Defendants.

Case No. CV09-6161 RSWL (PLAx)

**DEFENDANTS' STATEMENT OF
GENUINE ISSUES OF MATERIAL
FACTS IN DISPUTE AND
CONCLUSIONS OF LAW IN
SUPPORT OF OPPOSITION FOR
SUMMARY ADJUDICATION**

Date:    April 27, 2010
Time:   9:00 a.m.
Place:   Courtroom of the Hon.
          Ronald S. W. Lew

Defendants Roger Raskin and Logan Garth Raskin hereby submit their

Statement of Genuine Issues of Material Fact in Dispute and Conclusions of Law

pursuant to Local Rule 56-2 as follows:

## STATEMENT OF GENUINE ISSUES

| Moving Party's Alleged Uncontroverted Facts | Material Facts in Dispute: | Supporting Evidence: |
|---|---|---|
| 1. Plaintiffs Anthony Ormesher ("Ormesher) and Jose Alves ("Alves") are the owners of the copyright in and to the musical work entitled "Brother" (the "Song"), of which Ormesher is the author; he completed the Song in 1999. | The work is owned jointly by Plaintiff and Ormesher Alves copyright is filed 9 years after the original and is barred by Statute of Limitations and Laches. | Roger Raskin and Plaintiff Ormesher changed the ending and the chorus based on R. Raskin recommendation. Declaration of Roger Raskin ("R. Raskin Decl.") ¶ 2, 3, and 17. |
| 2. Ormesher and Alves comprise the music group known as "Amateur", who made a recording of their performance of the Song, making it the title track of their album. | Discovery is ongoing. No knowledge as to veracity. | |
| 3. Defendants Roger Raskin ("Roger") and Logan Garth Raskin ("Logan") comprise a musical group called "The Raskins." | | |
| 4. The copyright in and to the Song was registered by the Register of Copyrights on November 30, 2000 as No. PA 1 026 903; a supplemental registration shows both plaintiffs as | Claimants does not mean they are actual owners. 2009 supplemental registration is not prima facia evidence of ownership. | Copyright supplemental registration; Movie Synch License; R. Raskin Decl. ¶ 2, 3, and 17. |

| | | |
|---|---|---|
| claimants. | | |
| 5.  In or around 2004, Ormesher gave a phonorecord embodying Amateur recording of the Song to Roger Raskin. | Ormesher requested R. Raskin to market the song based upon R. Raskins contacts creating an implied license. Ormesher provided a CD | R. Raskin Decl. ¶ 3. |
| 6.  In April 2005, Logan a phonorecord (the "Submission Disc") containing a duplicate of Amateur's recording of the Song (among other sound recordings embodying performance of other musical works) to Richard Walters, who was the music supervisor of the motion picture entitled *Slingshot* (the "Film"). | L. Raskin provided a USB drive of many songs.  The submission disc provided by L. Raskin was the submission disc and included L. Raskin's song, "Brother of Mine", and not the Song. | Declaration of Logan Raskin ("L. Raskin Decl.") ¶ 4-6. |
| 7.  Logan had inscribed "Brother of Mine", instead of "Brother" on the Submission Disc to identify the Song and the recording embodying it. | There was no submission disc only a disc drive with many songs. L. Raskin provided over 20 versions to the engineer who provided over 20 discs to Richard Walters. The final version excluded the Song. | L. Raskin Decl. ¶ 4 and 6. |
| 8.  On the Submission Disc, Logan had inscribed "ASCAP© 2005 ALL SONGS WRITTEN AND PRODUCED BY THE RASKINS." | There was no submission disc only a disc drive with many songs. L. Raskin provided over 20 versions to the engineer who provided over 20 discs to Richard Walters. The final version excluded the Song. | L. Raskin Decl. ¶ 4 and 6. |
| 9.  The recording of "Brother of Mine" as listed on the Submission Disc is the plaintiffs' recording of the Song. | There was no submission disc only a disc drive with many songs. L. Raskin provided over 20 versions to the engineer who provided over 20 discs to Richard Walters. | L. Raskin Decl. ¶ 4 and 6. |

| | | |
|---|---|---|
| | The submission disc excluded the Song. | |
| 10.  On or about May 2, 2005, Roger and Logan signed two license agreements, which authorized the use of "Brother of Mine" in the Film. | | |
| 11.  The Song was used in the Film, appearing during the end credits. | | |
| 12.  On or about March 3, 2007, Roger and Logan signed another license agreement, for the use of the Song on the menu of DVD version of the Film. | Defendants never agreed to the use of the Song in any film or DVD, only Brother of Mine created by Defendants exclusively. | L. Raskin Decl. ¶ 11-13. |
| 13.  In May 2007 the Film was released on DVD, and Amateur's recording of the Song appeared twice, both during the end credits, and on the DVD menu. | Defendants never agreed to the use of the Song in any film or DVD, only Brother of Mine created by Defendants exclusively. | L. Raskin Decl. ¶ 11-13. |
| 14.  In or around August 2007, Roger and Logan (as the group The Raskins) released a digital-only album entitled *Essentials* (the "Album). | Defendants did not release an album. Only Defendants songs were available for purchase.  The Song was not available for sales. Defendants had implied license to use. | L. Raskin Decl. ¶ 11-13. |
| 15.  Roger and Logan included the Song on the Album. | No song was included because there was no album. The Song was made available for listening only as and listed online as written  by Plaintiff Ormesher.  Song was submitted by Greg Ladanyi. | L. Raskin Decl. ¶ 11-13. |
| 16.  Roger and Logan supplied a phonorecord of | Defendants gave their business manager a CD for | L. Raskin Decl. ¶ 11-13. |

DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED
MATERIAL FACTS

| | | |
|---|---|---|
| the Album in compact disc format, which included the Song, to CD Baby, a digital aggregator. | upload. | |
| 17.  In July 2007, the Album was released commercially for digital delivery of phonorecords pursuant to Roger's and Logan's distribution contract with CD Baby. | Only the Raskins songs were made available for sale and only digitally on CD Baby | L. Raskin Decl. ¶ 11-13. |
| 18.  The Album was available commercially on the CD Baby website and at Apple, Inc.'s iTunes© Music Store. | Various songs of Defendants were commercially available through CD Baby. Songs on iTunes were not authorized on iTunes | L. Raskin Decl. ¶ 11-13. |
| 19.  Neither Roger nor Logan had any license or any other agreement with plaintiffs for their use of the Song on the Submission Disc, in the Film, on the DVD version of the Film, or on the Album. | Roger had an implied license to promote Plaintiff Ormesher's Song, and was a co-owner of the Song. | Roger Decl. ¶ 2, 3, 5, 6, 17 and silence. |
| 20.  The Song was co-authored by Defendant Roger Raskin. | | |
| 21.  Defendants Raskins had an implied license to publish the Song. | | |

## CONCLUSIONS OF LAW

| **CONCLUSIONS OF LAW** | **LEGAL AUTHORITY** |
|---|---|
| Claims for movie and DVD are barred by the statute of limitations and laches. | 17 U.S.C. § 411; *Feist Pubs., Inc. v. Rural Tel. Ser. Co., Inc.*, 499 U.S. 340, 361 (1991), *Religious Tech. Ctr. v. Netcom On-Line Commun. Sers.*, 923 F. Supp. 1231, 1242 (N.D. Cal. 1995), *Coast Indus. v. Jason Maxwell,* |

| | |
|---|---|
| | *Inc.*, 972 F.2d 1031, 1035 (9th Cir. 1992). |
| There are triable issues of fact over whether there was an implied license between Plaintiff and Defendants. | *Atkins v. Fischer*, 331 F.3d 988, 991-92 (D.C. Cir. 2003), *Asset Marketing Systems, Inc. v. Gagnon*, 542 F.3d 748, 754 (9th Cir. 2008), *Effects Assoc., Inc. v. Cohen*, 908 F.2d 555, 559 n.6 (9th Cir. 1990), *Intelligraphics, Inc. v. Marvell Semiconductor, Inc.*, No. C 07-2499 JCS, 2008 WL 3200212, at *6 (N.D. Cal. Aug. 6, 2008), *John G. Danielson, Inc. v. Winchester-Conant Properties, Inc.*, 322 F.3d 26, 40 (1st Cir. 2003), *Graham v. James*, 144 F.3d 229, 236 (2nd Cir. 1998), *Metropolitan Government of Nashville and Davidson County v. CIGNA Healthcare of Tennessee, Inc.*, 195 S.W.3d 28, 32 (Tenn. Ct. App. 2005), *Weatherly v. American Agric. Chem. Co.*, 65 S.W.2d 592, 598 (Tenn. 1933)); *Matthews v. Matthews*, 2005 Tenn. App. LEXIS 204, * 11 (Tenn. Ct. App. April 7, 2005), *Thompson v. Hensley*, 136 S.W.3d 925, 930 (Tenn. Ct. App. 2003), *Sartain v. Sartain*, 1998 Tenn. App. LEXIS 722, ** 6-7 (Tenn. Ct. App. October 29, 1998), *Jacob Maxwell, Inc. v. Veeck*, 110 F.3d 749, 752, n. 2 (11th Cir. 1997) |
| There are triable issues of fact over whether the song, "Brother" has joint authorship between Plaintiff and Defendant Raskins. | 17 U.S.C. § 411; *Feist Pubs., Inc. v. Rural Tel. Ser. Co., Inc.*, 499 U.S. 340, 361 (1991), *Religious Tech. Ctr. v. Netcom On-Line Commun. Sers.*, 923 F. Supp. 1231, 1242 (N.D. Cal. 1995), *Coast Indus. v. Jason Maxwell, Inc.*, 972 F.2d 1031, 1035 (9th Cir. 1992). |

Respectfully submitted,

Dated:  April 13, 2010          **LAW OFFICE OF PETER C. BRONSTEIN**


By:___/s/_____
   Peter C. Bronstein
   Attorney for Defendants Roger Raskin and Logan
   Garth Raskin

EXHIBIT "A"

I, ROGER RASKIN, hereby declare:

1.     I am a resident of California.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.     On or about February 14, 2004 while collaborating with Anthony Ormesher for some songs in Stockton, California the song "Brother" was played for me to critique. I suggested that the ending was too long and the chorus was played too often, and the song was changed to reflect my recommendations.

3.     On or about February 21, 2004, Anthony Ormesher gave me the new version of Brother incorporating my revisions. At the time the new version was provided to me, Anthony Ormesher requested that "If [I] could ever use the songs in any projects, television or movies, to go ahead and do so."

4.     In early April 2005, I was contacted by Richard Walters the Music Supervisor for the movie Slingshot to see if there were any songs for his movie as he had a very short deadline.

5.     Richard Walters liked the song "Brother" and some other songs. I immediately sent an email to Anthony Ormesher, attached hereto and hereby incorporated by reference as Exhibit 1, and called Anthony Ormesher about placing the song in the movie "Slingshot". I never heard from Anthony Ormesher and my emails never bounced back.

6.     Having been unable to reach Anthony Ormesher, I informed Richard Walters. Thereafter I spent more than 70 hours in the studio as described in invoices, attached hereto and hereby incorporated by reference as Exhibit 2, creating a new song "Brother of Mine" as described in the US Copyright registration, attached hereto and hereby incorporated by reference as Exhibit 3.

7.     The synch license for the motion picture is for the song "Brother of Mine" that I created in April 2005.

-1-

DECLARATION OF ROGER RASKIN

8.      Prior to the movies release at a screening I attended I watched the movie "Slingshot" and discovered that the wrong song was in the movie. At the showing I confronted Richard Walters who instructed me to "Shut Up!" and that everything would be corrected for the final release.

9.      The synch license for the DVD for the same exact movie, "Slingshot", is for the song "Brother of Mine" that I created in April 2005.

10.     I never saw the released version of Slingshot, and watched the DVD in 2007. After watching the DVD/Movie "Slingshot", I realized the wrong song was in the movie and I emailed Richard Walters, attached hereto and hereby incorporated by reference as Exhibit 4. I never received a response from Richard Walters and the email did not bounce.

11.     In 2007, my Business Manager, Greg Ladanyi, decided to place some songs in a digital version through CD Baby. Mr. Ladanyi copied the songs and forwarded the songs to CD Baby. One of the songs available for listening only, was "Brother", based upon my license with Plaintiff and collaboration on the song jointly.

12.     CD Baby informed me when the songs were forwarded that they would only be available through CD Baby and no other entity, as described in the email, attached hereto and hereby incorporated by reference as Exhibit 5.

13.     CD Baby informed me that the song "Brother" could be made available for listening only and not for sale anywhere, as described in the email, attached hereto and hereby incorporated by reference as Exhibit 6.

14.     Based upon joint authorship of the copyrighted song, the silence of Plaintiff Ormesher after contacting him in 2005, my implied license and CD Baby's emails, I allowed the song "Brother" to be listed exclusively on CD Baby, unavailable for sale, and listing the owner.

DECLARATION OF ROGER RASKIN

1       I declare under penalty of perjury under the laws of the state of California

2 that the foregoing is true and correct and that this declaration was executed on

3 April 13, 2010.

4

5 DATED: April 13, 2010          By: _____

6                                     Roger Raskin

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ROGER RASKIN

EXHIBIT "1"

# Attn: Anthony Ormesher (Possible film project)

**From: Roger and Logan Raskin** (theraskintwins@hotmail.com)
Sent: Fri 4/8/2005 2:14pm
To:   anthonyvocal@yahoo.com

---

From: theraskintwins@hotmail.com
To: anthonyvocal@yahoo.com
Subject: Attn: Anthony Ormesher (Possible film project)
Date: Fri, 8 April 2005 2:14:35 +0000

Hey Anthony, what's happening it's Roger Raskin, long time no speak. I had a meeting yesterday over at Bold Films in regards to placing a bunch of music in a small independent film called "Slingshot". I remember our agreement we had between and you saying if i ever had an opportunity to get work with the music off the disk you had given me to go ahead and do so. Well turns out they seem to like one of the songs off the disk called "Brother" and they might want to place it into the film. Give me a call ASAP so we can work out all the details. This could be a really good opportunity for us but they need to have all the music finished and given back to them within the next few days, so time is a hugh factor!! Please get back to me as soon as you can so we can get going and i will explain everything in further detail of what needs to get done..


Thanks Anthony
Talk to you soon,
Roger Raskin
310-365-1409
TheRaskinTwins@hotmail.com

---

## Attn: Anthony Ormesher (Song Placement)

**From: Roger and Logan Raskin** (theraskintwins@hotmail.com)
Sent: Wed 5/23/2007 6:22pm
To:   anthonyvocal@yahoo.com

---

From: theraskintwins@hotmail.com
To: anthonyvocal@yahoo.com
Subject: Attn: Anthony Ormesher (Song Placement)
Date: Wed, 23 May 2007 6:22:41 +0000

Hey Anthony, it's Roger Raskin. I just went and picked up a copy of the movie "Slingshot" at Blockbuster and noticed that your song was in this movie. I don't know if you remember this was that small independent film we worked on a couple of years ago that i wrote you about, but we never heard back from you. I just called Richard Walters the music supervisor to let him know that this particular track was yours and that he should get in touch with you immediately. I have given him all your contact info and hopefully he gets in touch with you to work out this situation. Here is his contact info as well so you can get in touch with him:  Richard Walters
        smashmusic@aol.com
        Smash Music
        6464 Sunset Blvd Suite 740
        Hollywood, CA 90028
        Tel 323-463-8400

I would call him as soon as you can.. It's so weird because i wrote and recorded a song called "Brother Of Mine" that was supposed to be used in the film.  By their mistake they put your song "Brother" in the film which actually is a good thing for you...Lets definitely get in touch with Richard so everything can be worked out properly...

Thanks Anthony
Talk to you soon,
Roger Raskin
310-365-1409
TheRaskinTwins@hotmail.com

EXHIBIT "2"

CV Productions
14622 Ventura Blvd.
Suite 787
Sherman Oaks, CA 91403

Carlos Villalobos Jr

# Invoice

| | |
|---|---|
| Invoice Number: | [Draft] |
| Order Number: | 10003 |
| Issue Date: | 04/11/05 |
| Due Date: | 04/11/05 |
| Sales Person: | carlosvillalobos |

The Raskins
Logan Raskin

The Raskins
Carlos Villalobos Jr

| Qty | Description | Unit price | Total |
|---|---|---|---|
| 1 | Upfront discount price for song BROTHER OF MINE | $1,000.00 | $1,000.00 |
| | | Total Due | $1,000.00 |

SCHEDULE - MONDAY - 4/11/2005 thru 4/18/2005
M - 10 hrs
T - 9 hrs
W - 8
TH - 10
FRI - 7
SAT - 11
SUN - 5
MON - 10
Made deal for 50/50 split on writers and publishing on this title in lieu of balance owed.

Please contact us for more information about payment options.

Thank you for your business.

CV Productions
14622 Ventura Blvd.
Suite 787
Sherman Oaks, CA 91403

Carlos Villalobos Jr

# Invoice

| | |
|---|---|
| Invoice Number: | [Draft] |
| Order Number: | 10001 |
| Issue Date: | 04/18/05 |
| Due Date: | 04/18/05 |
| Sales Person: | carlosvillalobos |

The Raskins
Logan Raskin

The Raskins
Carlos Villalobos Jr

| Qty | Description | Unit price | Total |
|---|---|---|---|
| 1 | BROTHER OF MINE - Bal on hours | $1,400.00 | $1,400.00 |
| | | Total Due | $1,400.00 |

SCHEDULE - MONDAY - 4/11/2005 thru 4/18/2005
M - 10 hrs
T - 9 hrs
W - 8
TH - 10
FRI - 7
SAT - 11
SUN - 5
MON - 10

Please contact us for more information about payment options.

Thank you for your business.

CV Productions
14622 Ventura Blvd.
Suite 787
Sherman Oaks, CA 91403

Carlos Villalobos Jr

# Invoice

| | |
|---|---|
| Invoice Number: | [Draft] |
| Order Number: | 10002 |
| Issue Date: | 04/13/05 |
| Due Date: | 04/13/05 |
| Sales Person: | carlosvillalobos |

The Raskins
Logan Raskin

The Raskins
Carlos Villalobos Jr

| Qty | Description | Unit price | Total |
|---|---|---|---|
| 1 | BROTHER OF MINE – more work – changes/adds on song | $400.00 | $400.00 |
| | | **Total Due** | $400.00 |

SCHEDULE - MONDAY - 4/11/2005 thru 4/18/2005
M - 10 hrs
T - 9 hrs
W - 8
TH - 10
FRI - 7
SAT - 11
SUN - 5
MON - 10

Please contact us for more information about payment options.

Thank you for your business.

EXHIBIT "3"

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PAu 2 – 954 – 315**

4-25-05

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼ SEASONS 2. A NEW DAY, 3. IT'S ALL ABOUT YOU, 4. REACH TOWARD THE MOON 5. WHAT WE HAVE TO CHANGE, 6. HOLD ME NOW, 7. BROTHER OF MINE, 8. WASTED TIME, 9. KEEP ON 10. DOWNTOWN MAN, 11. HARD RIDE, 12. RUNNAWAY GIRL, 13. YESTERDAY

PREVIOUS OR ALTERNATIVE TITLES ▼ 1. IF THE SEASONS DON'T CHANGE, 7. BROTHER
3. BABY BEAUTIFUL    5. CHANGE, 13. YESTERDAY WAS GONE
10. GOTTA BELIEVE

NATURE OF THIS WORK ▼ See Instructions

"WORDS" AND "MUSIC" → "LYRICS"

**2** NAME OF AUTHOR ▼ LOGAN RASKIN

**a** DATES OF BIRTH AND DEATH
Year Born ▼ NOV 03, 1969    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in ▶ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼ AUTHOR OF MUSIC
WORDS AND MUSIC    AND LYRICS

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases. ◀ Year 2004

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.  Month ▶    Day ▶    Year ▶    ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
LOGAN RASKIN
4335 VINELAND AVE. #324
HOLLYWOOD, CA. 91602

APPLICATION RECEIVED
APR 25 2005
ONE DEPOSIT RECEIVED
APR 25 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8

EXHIBIT "4"

## Attn: Richard Walters (film music)

**From: Richard Walters** (smashmusicinc@aol.com)
Sent: Mon 6/4/2007 11:26am
To:    theraskintwins@hotmail.com

---

From: SmashMusicInc@aol.com
Date: Mon, 4 June 2007 23:26:10 -0500
Subject: film music
To: theraskintwins@hotmail.com

   Hey guys. It is quite possible in all the crazyness of getting this film completed the sample track of "Brother" was used instead of the track you guys wrote "Brother of Mine". This is a very serious situation. Do you know what a pain in the ass it would be to pull that song from this film. Let me see what can be done. I will get back to you.


      Regards,

      Richard Walters

      Smash Music
      6464 Sunset Blvd  Suite 740
      Hollywood, CA 90028
      Tel 323-463-8400
      Fax 323-463-4696
      SmashMusicInc@aol.com

---

From: theraskintwins@hotmail.com
To: smashmusicinc@aol.com
Subject: Attn: Richard Walters (film music)
Date: Tue, 25 May 2007 09:47:32 +0000

   Hey Richard, Roger and i have been calling you and trying to get a hold of you with no reply. We went and picked up a copy of the movie Slingshot and noticed that the end credits has the wrong song in there. You guys used the sample track "Brother" instead of the the track "Brother of Mine" written and recorded by Roger and myself. Please get back to us so we can resolve this. If we don't hear back from you were going to put the track on a record through CD baby and list the correct person whom the song "Brother" was written by.....If you decide to keep that track please acknowledge that the song was written by Anthony Ormesher...We have tried to get a hold of Anthony (the composer of the track "Brother") as well with no reply.....
Please get in touch with us ASAP so this can be resolved properly..
Thanks
Sincerely
The Raskins
310-702-3840

310-702-3840
TheRaskinTwins@hotmail.com

From: theraskintwins@hotmail.com
To: smashmusicinc@aol.com
Subject: RE: film music
Date: Fri, 4 May 2007 19:00:46 +0000

yes we have loads of material recorded with the two of us singing together and guitars

From: SmashMusicInc@aol.com
Date: Wed, 2 May 2007 20:50:40 -0500
Subject: film music
To: theraskintwins@hotmail.com

do you have any CDs where both of you are singing together with guitars ..

Regards,

Richard Walters

Smash Music
6464 Sunset Blvd  Suite 740
Hollywood, CA 90028
Tel 323-463-8400
Fax 323-463-4696
SmashMusicInc@aol.com

Check out AOL Money & Finance's list of the hottest products and top money wasters of 2007.

# EXHIBIT "5"

Log out

DASHBOARD | SERVICES | NEWS/FORUMS | FAQ | CONTACT US

**Mandatory Account Info**

Contact Info
Account Password
Payment Info

**Basic Album Info**

Basic Album Info/Barcode
Album/Track Info
Physical Sales Contract
Digital Sales Contract

**Detailed Album Info**

Genres/Artist Location
Detailed Track Info
Descriptive Album Info

**CD Baby Pricing**

Physical CD Price
Digital Album/Track Prices
ISRC Codes

**Digital Distribution**

DD Options
Extended Tracks
Territory Restrictions
Variable Pricing For DD

**Upload and Checklist**

Submit Content
Cart
Checkout

## DIGITAL DISTRIBUTION OPTIONS

*Please choose which Digital Distribution option you would like for your album from the list below.* ⑦

◉ **CD Baby Only (No distribution)**
You can still sell digital downloads of your music on CD Baby, but we won't send you anywhere else unless you specifically ask us to.

○ **Only sales. (No streams. no subscription services)**
This option only includes sites that pay 60 cents per track and over. (Download/kiosk/etc.)

○ **Only traditional**
Only the mainstream business models: selling downloads, streaming, ringtones, kiosks, etc. If a new company comes along with a very different business model, you will NOT be included. This option includes subscription services, which means along with paid downloads, your music will be available for full length streaming to their members (each stream pays a fraction of a penny per listen).

○ **Everything that pays**
As long as it pays, you'll take it. There are always new forms of income for your music in the digital world, and we'll make sure it is sent to partners that use innovative models. This option includes paid streams, as well as services that may pay less than more traditional sites for downloads. Option D is great for exposure, and will ensure that your music is delivered to a vast majority of our digital partners!

○ **Do it all. Even unpaid.**
You'll take everything that pays AND you want us to send it to places that get you extra exposure, even if it doesn't pay. This level includes services that may, under certain circumstances, offer free downloads. Don't worry though, we're not here to just give your music away for free; CD Baby only enters partnerships that we feel will ultimately provide value. Choosing this option means you'll be delivered to every single digital retailer that we are partnered with!

**Note: In addition to these settings, you can also make specific restrictions to your distribution settings on the "Territory Restrictions" page.**

**Uncheck the boxes below if you do NOT want to distribute your music to that company. But please note, once your album is finalized for digital distribution you will have to get in touch with us directly to make any additional changes to your distribution preferences beyond this point.**

| ☐ Amazon MP3 | ☐ Amie Street | ☐ Apple iTunes |
| ☐ Emusic | ☐ GreatIndieMusic | ☐ Lala |
| ☐ Last.fm | ☐ LimeWire | ☐ Liquid Digital Media |
| ☐ MediaNet | ☐ Napster | ☐ Nokia |
| ☐ Rhapsody | ☐ Shockhound | ☐ Spotify |
| ☐ ThumbPlay | ☐ Tradebit | ☐ Verizon |
| ☐ Zune | | |

[SAVE AND CONTINUE ▷]

COMPANY INFO
About CD Baby
Newsletter Sign Up
Terms & Conditions
Privacy Policy

NEED HELP?
Contact Us
Shipping Info
Returns
Forgot Your Password
FAQ

MY ACCOUNT
Logout

MORE...
Host Baby
Film Baby
Podcast
Duplication
Redeem Download Cards
Artist Sign Up

Case 2:09-cv-06161-RSWL-PLA    Document 53    Filed 04/13/10    Page 39 of 73    Page ID #:270

Log in

type your search here...    SEARCH ▷

Home    The Raskins    .    Essentials

◀ BACK TO ARTIST PAGE



Log in to add to your wishlist

Pop, Rock, Easy listening

Genre: Pop: Pop/Rock
Release Date: 2007

**Related Items**

**Recommended if you like**
Goo Goo Dolls
Maroon 5
The Replacements

**Genres you will love**
Pop: Pop/Rock
Easy Listening: Easy Pop
Moods: Type: Soundtrack

**By Location**
California - LA

**Albums you will love**





More cool artist stuff

**Links**
MusicIsHere
PayPlay
Apple ITunes
GreatIndieMusic
GroupieTunes
Official Website
Tradebit

## Essentials
**The Raskins**
© Copyright-The Raskins  (634479580116)
Record Label: The Raskins

AVAILABLE FOR DOWNLOAD ONLY

BUY NOW ▷  **Download Album (MP3) - $9.79**

see album notes & reviews



| Preview | Song Name | Time | Format | Price | Select |
|---------|-----------|------|--------|-------|--------|
| ▶ | Change | 4:19 | MP3 ▾ | $0.99 | ☐ |
| ▶ | Reach Towards The Moon | 3:34 | MP3 ▾ | $0.99 | ☐ |
| ▶ | Hold Me Now | 5:31 | MP3 ▾ | $0.99 | ☐ |
| ▶ | Brother | 5:19 | | Album Only | ☐ |
| ▶ | Seasons | 3:33 | MP3 ▾ | $0.99 | ☐ |
| ▶ | Dare To Love | 2:47 | MP3 ▾ | $0.99 | ☐ |
| ▶ | She's The One | 3:29 | MP3 ▾ | $0.99 | ☐ |
| ▶ | Crying & Laughing | 3:46 | MP3 ▾ | $0.99 | ☐ |
| ▶ | Falling To Pieces | 3:26 | MP3 ▾ | $0.99 | ☐ |
| ▶ | Kiss You One More Time | 4:56 | MP3 ▾ | $0.99 | ☐ |
| ▶ | preview all songs | | | | |

DOWNLOAD SELECTED SONGS ▷

**Album Notes**

The Raskins long awaited full length album "Essentials" is nothing short of brilliant and a wonderful follow up to there EP entitled "New Day" which is a must have. The Raskins "Essentials" features songs from the hit movies "Slingshot" and "Mini's First Time" and some other contemporary pop classics by The Raskins... All songs songs written and recorded by The Raskins except the song "Brother" which was written, recorded, and preformed by Anthony Ormesher of the band "Amature"

Identical twins Roger Raskin and Logan Raskin are a tremendous writing duo from New York City with a wonderful and beautiful sound of there own. The Raskins "Essentials" is a wonderful addition to your music collection...

"Slingshot" soundtrack
"Mini's First Time" soundtrack

Read less...

**REVIEWS**

Please log in to review the album.

**The Raskins Essentials**
☆☆☆☆☆
*author: scott s. means*
I love this album. All the artists touch my spirit and make me feel deeply about my life. Thank you.

Case 2:09-cv-06161-RSWL-PLA   Document 53   Filed 04/13/10   Page 40 of 73   Page ID #:271

Log out

| DASHBOARD | SERVICES | NEWS/FORUMS | FAQ | CONTACT US |

**Mandatory Account Info**

Contact Info
Account Password
Payment Info

**Basic Album Info**

Basic Album Info/Barcode
Album/Track Info
Physical Sales Contract
Digital Sales Contract

**Detailed Album Info**

Genres/Artist Location
Detailed Track Info
Descriptive Album Info

**CD Baby Pricing**

Physical CD Price
Digital Album/Track Prices
ISRC Codes

**Digital Distribution**

DD Options
Extended Tracks
Territory Restrictions
Variable Pricing For DD

**Upload and Checklist**

Submit Content
Cart
Checkout

## ARTIST NAME

*Please enter the artist's name for each track below.*

If the artist's name is the same for every track, enter the name in the first field and check the "Apply to all tracks" checkbox.

| Track | Artist | |
|---|---|---|
| 1. Change * | The Raskins | ☐ Apply to all tracks |
| 2. Reach Towards The Moon * | The Raskins | |
| 3. Hold Me Now * | The Raskins | |
| 4. Brother * | Anthony Ormesher | |
| 5. Seasons * | The Raskins | |
| 6. Dare To Love * | The Raskins | |
| 7. She's The One * | The Raskins | |
| 8. Crying & Laughing * | The Raskins | |
| 9. Falling To Pieces * | The Raskins | |
| 10. Kiss You One More Time * | The Raskins | |

## COMPOSER

*Please enter the composer's name for each track below.* ⑦

If the composer's name is the same for every track, enter the name in the first field and check the "Apply to all tracks" checkbox.

| Track | Composer | |
|---|---|---|
| 1. Change * | Roger and Logan Raskin | ☐ Apply to all tracks |
| 2. Reach Towards The Moon * | Roger and Logan Raskin | |
| 3. Hold Me Now * | Roger and Logan Raskin | |
| 4. Brother * | Anthony Ormesher | |
| 5. Seasons * | Roger and Logan Raskin | |
| 6. Dare To Love * | Roger and Logan Raskin | |
| 7. She's The One * | Roger and Logan Raskin | |
| 8. Crying & Laughing * | Roger and Logan Raskin | |
| 9. Falling To Pieces * | Roger and Logan Raskin | |
| 10. Kiss You One More Time * | Roger and Logan Raskin | |

## PUBLISHER

*Please enter the publisher's name for each track below.* ⌒

If the publisher's information is the same as the composer's information above, check the "Same as composer" checkbox.

If the publisher's name is the same for every track, enter the name in the first field and check the "Apply to all tracks" checkbox

☐ Same as composer

| Track | Publisher | |
|---|---|---|
| 1. Change * | MIRAL Publishing | ☐ Apply to all tracks |
| 2. Reach Towards The Moon * | MIRAL Publishing | |
| 3. Hold Me Now * | MIRAL Publishing | |

4. Brother *                          Anthony Ormesher

5. Seasons *

MIRAL Publishing

6. Dare To Love *              MIRAL Publishing

7. She's The One *            MIRAL Publishing

8. Crying & Laughing *        MIRAL Publishing

9. Falling To Pieces *        MIRAL Publishing

10. Kiss You One More Time *  MIRAL Publishing


**EXPLICIT LYRICS**

*Please choose whether a track has explicit lyrics below.*

If the choice is the same for each track, make the selection in the first drop down and check the "Apply to all tracks" checkbox.

1. Change *                          NO ☐    ☐ Apply to all tracks

2. Reach Towards The Moon *          NO ☐

3. Hold Me Now *                     NO ☐

4. Brother *                         NO ☐

5. Seasons *                         NO ☐

6. Dare To Love *                    NO ☐

7. She's The One *                   NO ☐

8. Crying & Laughing *               NO ☐

9. Falling To Pieces *               NO ☐

10. Kiss You One More Time *         NO ☐


[ SAVE AND CONTINUE ]  (you can always edit later)


| COMPANY INFO | NEED HELP? | MY ACCOUNT | MORE... |
|---|---|---|---|
| About CD Baby | Contact Us | Logout | Host Baby |
| Newsletter Sign Up | Shipping Info | | Film Baby |
| Terms & Conditions | Returns | | Podcast |
| Privacy Policy | Forgot Your Password | | Duplication |
| | FAQ | | Redeem Download Cards |
| | | | Artist Sign Up |

EXHIBIT "6"

Case 2:09-cv-06161-RSWL-PLA   Document 53   Filed 04/13/10   Page 43 of 73   Page ID
#:274

Log out

DASHBOARD    SERVICES    NEWS/FORUMS    FAQ    CONTACT US

Mandatory Account Info

Contact Info
Account Password
Payment Info

   Basic Album Info

Basic Album Info/Barcode
Album/Track Info
Physical Sales Contract
Digital Sales Contract

   Detailed Album Info

Genres/Artist Location
Detailed Track Info
Descriptive Album Info

   CD Baby Pricing

Physical CD Price
Digital Album/Track Prices
ISRC Codes

   Digital Distribution

DD Options
Extended Tracks
Territory Restrictions
Variable Pricing For DD

   Upload and Checklist

Submit Content
Cart
Checkout

## DIGITAL DISTRIBUTION OPTIONS

*Please choose which Digital Distribution option you would like for your album from the list below.* ⓘ

○ **CD Baby Only (No distribution)**
You can still sell digital downloads of your music on CD Baby, but we won't send you anywhere else unless you specifically ask us to.

○ Only sales. (No streams. no subscription services)
This option only includes sites that pay 60 cents per track and over. (Download/kiosk/etc.)

○ Only traditional
Only the mainstream business models: selling downloads, streaming, ringtones, kiosks, etc. If a new company comes along with a very different business model, you will NOT be included. This option includes subscription services, which means along with paid downloads, your music will be available for full length streaming to their members (each stream pays a fraction of a penny per listen).

○ Everything that pays
As long as it pays, you'll take it. There are always new forms of income for your music in the digital world, and we'll make sure it is sent to partners that use innovative models. This option includes paid streams, as well as services that may pay less than more traditional sites for downloads. Option D is great for exposure, and will ensure that your music is delivered to a vast majority of our digital partners!

○ Do it all. Even unpaid.
You'll take everything that pays AND want us to send it to places that get you extra exposure, even if it doesn't pay. This level includes services that may, under certain circumstances, offer free downloads. Don't worry though, we're not here to just give your music away for free; CD Baby only enters partnerships that we feel will ultimately provide value. Choosing this option means you'll be delivered to every single digital retailer that we are partnered with!

Note: In addition to these settings, you can also make specific restrictions to your distribution settings on the "Territory Restrictions" page.

Uncheck the boxes below if you do NOT want to distribute your music to that company. But please note, once your album is finalized for digital distribution you will have to get in touch with us directly to make any additional changes to your distribution preferences beyond this point.

| | | |
|---|---|---|
| ☐ Amazon MP3 | ☐ Amie Street | ☐ Apple iTunes |
| ☐ Emusic | ☐ GreatIndieMusic | ☐ Lala |
| ☐ Last.fm | ☐ LimeWire | ☐ Liquid Digital Media |
| ☐ MediaNet | ☐ Napster | ☐ Nokia |
| ☐ Rhapsody | ☐ Shockhound | ☐ Spotify |
| ☐ ThumbPlay | ☐ Tradebit | ☐ Verizon |
| ☐ Zune | | |

**SAVE AND CONTINUE ▷**

**COMPANY INFO**
About CD Baby
Newsletter Sign Up
Terms & Conditions
Privacy Policy

**NEED HELP?**
Contact Us
Shipping Info
Returns
Forgot Your Password
FAQ

**MY ACCOUNT**
Logout

**MORE...**
Host Baby
Film Baby
Podcast
Duplication
Redeem Download Cards
Artist Sign Up

Log in

| type your search here... | | SEARCH ▷ |

Home   The Raskins .   Essentials

[ ◁ BACK TO ARTIST PAGE ]



**Essentials**
The Raskins
© Copyright-The Raskins   (634479580116)
Record Label: The Raskins

AVAILABLE FOR DOWNLOAD ONLY

[BUY NOW ▷]   Download Album (MP3) - $9.79

see album notes & reviews

| Preview | Song Name | Time | Format | Price | Select |
|---|---|---|---|---|---|
| ● | Change | 4:19 | MP3 ▾ | $0.99 | ☐ |
| ● | Reach Towards The Moon | 3:34 | MP3 ▾ | $0.99 | ☐ |
| ● | Hold Me Now | 5:31 | MP3 ▾ | $0.99 | ☐ |
| ● | Brother | 5:19 | | Album Only | ☐ |
| ● | Seasons | 3:33 | MP3 ▾ | $0.99 | ☐ |
| ● | Dare To Love | 2:47 | MP3 ▾ | $0.99 | ☑ |
| ● | She's The One | 3:29 | MP3 ▾ | $0.99 | ☐ |
| ● | Crying & Laughing | 3:46 | MP3 ▾ | $0.99 | ☐ |
| ● | Falling To Pieces | 3:26 | MP3 ▾ | $0.99 | ☐ |
| ● | Kiss You One More Time | 4:56 | MP3 ▾ | $0.99 | ☐ |
| ● | preview all songs | | | | |

[DOWNLOAD SELECTED SONGS ▷]

Log in to add to your wishlist

Pop, Rock, Easy listening

Genre: Pop: Pop/Rock
Release Date: 2007

**Related Items**
**Recommended if you like**
Goo Goo Dolls
Maroon 5
The Replacements

**Genres you will love**
Pop: Pop/Rock
Easy Listening: Easy Pop
Moods: Type: Soundtrack

**By Location**
California - LA

**Albums you will love**



More cool artist stuff

**Links**
MusicIsHere
PayPlay
Apple iTunes
GreatIndieMusic
GroupieTunes
Official Website
Tradebit

**Album Notes**

The Raskins long awaited full length album "Essentials" is nothing short of brilliant and a wonderful follow up to there EP entitled "New Day" which is a must have. The Raskins "Essentials" features songs from the hit movies "Slingshot" and "Mini's First Time" and some other contemporary pop classics by The Raskins... All songs songs written and recorded by The Raskins except the song "Brother" which was written, recorded, and preformed by Anthony Ormesher of the band "Amature"
Identical twins Roger Raskin and Logan Raskin are a tremendous writing duo from New York City with a wonderful and beautiful sound of there own. The Raskins "Essentials" is a wonderful addition to your music collection...

"Slingshot" soundtrack
"Mini's First Time" soundtrack

Read less...

**REVIEWS**

Please log in to review the album.

**The Raskins Essentials**
☆☆☆☆☆
*author: scott s. means*
I love this album. All the artists touch my spirit and make me feel deeply about my life. Thank you.

Case 2:09-cv-06161-RSWL-PLA   Document 53   Filed 04/13/10   Page 45 of 73   Page ID
#:276

Log out

DASHBOARD    SERVICES    NEWS/FORUMS    FAQ    CONTACT US

### ARTIST NAME

***Please enter the artist's name for each track below.***

If the artist's name is the same for every track, enter the name in the first field and check the "Apply to all tracks" checkbox.

| | | ☐ Apply to all tracks |
|---|---|---|
| 1. Change * | The Raskins | |
| 2. Reach Towards The Moon * | The Raskins | |
| 3. Hold Me Now * | The Raskins | |
| 4. Brother * | Anthony Ormesher | |
| 5. Seasons * | The Raskins | |
| 6. Dare To Love * | The Raskins | |
| 7. She's The One * | The Raskins | |
| 8. Crying & Laughing * | The Raskins | |
| 9. Falling To Pieces * | The Raskins | |
| 10. Kiss You One More Time * | The Raskins | |

### COMPOSER

***Please enter the composer's name for each track below.*** ⑦

If the composer's name is the same for every track, enter the name in the first field and check the "Apply to all tracks" checkbox.

| | | ☐ Apply to all tracks |
|---|---|---|
| 1. Change * | Roger and Logan Raskin | |
| 2. Reach Towards The Moon * | Roger and Logan Raskin | |
| 3. Hold Me Now * | Roger and Logan Raskin | |
| 4. Brother * | Anthony Ormesher | |
| 5. Seasons * | Roger and Logan Raskin | |
| 6. Dare To Love * | Roger and Logan Raskin | |
| 7. She's The One * | Roger and Logan Raskin | |
| 8. Crying & Laughing * | Roger and Logan Raskin | |
| 9. Falling To Pieces * | Roger and Logan Raskin | |
| 10. Kiss You One More Time * | Roger and Logan Raskin | |

### PUBLISHER

***Please enter the publisher's name for each track below.***

If the publisher's information is the same as the composer's information above, check the "Same as composer" checkbox.

If the publisher's name is the same for every track, enter the name in the first field and check the "Apply to all tracks" checkbox.

☐ Same as composer

| | | ☐ Apply to all tracks |
|---|---|---|
| 1. Change * | MIRAL Publishing | |
| 2. Reach Towards The Moon * | MIRAL Publishing | |
| 3. Hold Me Now * | MIRAL Publishing | |

| | |
|---|---|
| 4. Brother * | Anthony Ormesher |
| | 5. Seasons * |
| MIRAL Publishing | |
| 6. Dare To Love * | MIRAL Publishing |
| 7. She's The One * | MIRAL Publishing |
| 8. Crying & Laughing * | MIRAL Publishing |
| 9. Falling To Pieces * | MIRAL Publishing |
| 10. Kiss You One More Time * | MIRAL Publishing |

**EXPLICIT LYRICS**

*Please choose whether a track has explicit lyrics below.*

If the choice is the same for each track, make the selection in the first drop down and check the "Apply to all tracks" checkbox.

| | | |
|---|---|---|
| 1. Change * | NO | ☐ Apply to all tracks |
| 2. Reach Towards The Moon * | NO | |
| 3. Hold Me Now * | NO | |
| 4. Brother * | NO | |
| 5. Seasons * | NO | |
| 6. Dare To Love * | NO | |
| 7. She's The One * | NO | |
| 8. Crying & Laughing * | NO | |
| 9. Falling To Pieces * | NO | |
| 10. Kiss You One More Time * | NO | |

SAVE AND CONTINUE   (you can always edit later)

| COMPANY INFO | NEED HELP? | MY ACCOUNT | MORE... |
|---|---|---|---|
| About CD Baby | Contact Us | Logout | Host Baby |
| Newsletter Sign Up | Shipping Info | | Film Baby |
| Terms & Conditions | Returns | | Podcast |
| Privacy Policy | Forgot Your Password | | Duplication |
| | FAQ | | Redeem Download Cards |
| | | | Artist Sign Up |

EXHIBIT "B"

I, LOGAN RASKIN, hereby declare:

1.      I am a resident of California.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      In early April 2005, I was contacted by Richard Walters the Music Supervisor for the movie Slingshot to see if there were any songs for his movie as he had a very short deadline. I provided Richard Walters with a 160-gigabyte USB drive and discs, of at least one hundred (100) songs from various artists.

3.      Richard Walters liked the song "Brother" and some other songs. I immediately sent an email to Anthony Ormesher, attached hereto and hereby incorporated by reference as Exhibit 1, and called Anthony Ormesher about placing the song in the movie "Slingshot". I never heard from Anthony Ormesher and my emails never bounced back.

4.      While working in the studio I inscribed multiple CD's at a time for the engineer to copy the variations of the new song "Brother of Mine" to deliver to Richard Walters as described in the inscriptions attached hereto and hereby incorporated by reference as Exhibit 2.

5.      The inscription dated May 2, 2005, in Plaintiffs submission is not my handwriting, as to the date.

6.      The inscription dated April 18, 2005, is the final version of the song "Brother of Mine" that was supposed to be in the movie, and is the song I authored and own with my brother Roger Raskin.

7.      The synch license for the motion picture is for the song "Brother of Mine" that I created in April 2005.

8.      Prior to the movies release at a screening I attended I watched the movie "Slingshot" and discovered that the wrong song was in the movie. At the showing I confronted Richard Walters who instructed me to "Shut Up!" and that everything would be corrected for the final release.

DECLARATION OF LOGAN RASKIN

9.   The synch license for the DVD for the same exact movie, "Slingshot", is for the song "Brother of Mine" that I created in April 2005.

10.   I never saw the released version of Slingshot, and watched the DVD in 2007. After watching the DVD/Movie "Slingshot", I realized the wrong song was in the movie and I emailed Richard Walters, attached hereto and hereby incorporated by reference as Exhibit 3.

11.   In 2007, my Business Manager, Greg Ladanyi, decided to place some songs in a digital version through CD Baby. Mr. Ladanyi copied the songs and forwarded the songs to CD Baby. One of the songs available for listening only, was "Brother", based upon my license with Plaintiff and collaboration on the song jointly.

12.   CD Baby informed me when the songs were forwarded that they would only be available through CD Baby and no other entity, as described in the email, attached hereto and hereby incorporated by reference as Exhibit 4.

13.   CD Baby informed me that the song "Brother" could be made available for listening only and not for sale anywhere, as described in the email, attached hereto and hereby incorporated by reference as Exhibit 5.

14.   I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on April 13, 2010.

DATED: April 13, 2010          By: _____
                                    Logan Raskin

-2-

DECLARATION OF LOGAN RASKIN

EXHIBIT "1"

# Attn: Anthony Ormesher (Possible film project)

From: **Roger and Logan Raskin** (theraskintwins@hotmail.com)
Sent: Fri 4/8/2005 2:14pm
To:    anthonyvocal@yahoo.com

---

> From: theraskintwins@hotmail.com
> To: anthonyvocal@yahoo.com
> Subject: Attn: Anthony Ormesher (Possible film project)
> Date: Fri, 8 April 2005 2:14:35 +0000

Hey Anthony, what's happening it's Roger Raskin, long time no speak. I had a meeting yesterday over at Bold Films in regards to placing a bunch of music in a small independent film called "Slingshot". I remember our agreement we had between and you saying if i ever had an opportunity to get work with the music off the disk you had given me to go ahead and do so. Well turns out they seem to like one of the songs off the disk called "Brother" and they might want to place it into the film. Give me a call ASAP so we can work out all the details. This could be a really good opportunity for us but they need to have all the music finished and given back to them within the next few days, so time is a hugh factor!! Please get back to me as soon as you can so we can get going and i will explain everything in further detail of what needs to get done..

Thanks Anthony
Talk to you soon,
Roger Raskin
310-365-1409
TheRaskinTwins@hotmail.com

---

## Attn: Anthony Ormesher (Song Placement)

From: **Roger and Logan Raskin** (theraskintwins@hotmail.com)
Sent: Wed 5/23/2007 6:22pm
To:   anthonyvocal@yahoo.com

---

From: theraskintwins@hotmail.com
To: anthonyvocal@yahoo.com
Subject: Attn: Anthony Ormesher (Song Placement)
Date: Wed, 23 May 2007 6:22:41 +0000

Hey Anthony, it's Roger Raskin. I just went and picked up a copy of the movie "Slingshot" at Blockbuster and noticed that your song was in this movie. I don't know if you remember this was that small independent film we worked on a couple of years ago that i wrote you about, but we never heard back from you. I just called Richard Walters the music supervisor to let him know that this particular track was yours and that he should get in touch with you immediately. I have given him all your contact info and hopefully he gets in touch with you to work out this situation. Here is his contact info as well so you can get in touch with him:  Richard Walters
smashmusic@aol.com
Smash Music
6464 Sunset Blvd Suite 740
Hollywood, CA 90028
Tel 323-463-8400

I would call him as soon as you can.. It's so weird because i wrote and recorded a song called "Brother Of Mine" that was supposed to be used in the film.  By their mistake they put your song "Brother" in the film which actually is a good thing for you...Lets definitely get in touch with Richard so everything can be worked out properly...

Thanks Anthony
Talk to you soon,
Roger Raskin
310-365-1409
TheRaskinTwins@hotmail.com

---

EXHIBIT "2"















EXHIBIT "3"

## Attn: Richard Walters (film music)

**From: Richard Walters** (smashmusicinc@aol.com)
Sent: Mon 6/4/2007 11:26am
To:   theraskintwins@hotmail.com

---

From: SmashMusicInc@aol.com
Date: Mon, 4 June 2007 23:26:10 -0500
Subject: film music
To: theraskintwins@hotmail.com

  Hey guys. It is quite possible in all the crazyness of getting this film completed the sample track of "Brother" was used instead of the track you guys wrote "Brother of Mine". This is a very serious situation. Do you know what a pain in the ass it would be to pull that song from this film. Let me see what can be done. I will get back to you.


  Regards,

  Richard Walters

  Smash Music
  6464 Sunset Blvd  Suite 740
  Hollywood, CA 90028
  Tel 323-463-8400
  Fax 323-463-4696
  SmashMusicInc@aol.com

---

From: theraskintwins@hotmail.com
To: smashmusicinc@aol.com
Subject: Attn: Richard Walters (film music)
Date: Tue, 25 May 2007 09:47:32 +0000

  Hey Richard, Roger and i have been calling you and trying to get a hold of you with no reply. We went and picked up a copy of the movie Slingshot and noticed that the end credits has the wrong song in there. You guys used the sample track "Brother" instead of the the track "Brother of Mine" written and recorded by Roger and myself. Please get back to us so we can resolve this. If we don't hear back from you were going to put the track on a record through CD baby and list the correct person whom the song "Brother" was written by.....If you decide to keep that track please acknowledge that the song was written by Anthony Ormesher...We have tried to get a hold of Anthony (the composer of the track "Brother") as well with no reply.....
Please get in touch with us ASAP so this can be resolved properly..
Thanks
Sincerely
The Raskins
310-702-3840

310-702-3840
TheRaskinTwins@hotmail.com

From: theraskintwins@hotmail.com
To: smashmusicinc@aol.com
Subject: RE: film music
Date: Fri, 4 May 2007 19:00:46 +0000

yes we have loads of material recorded with the two of us singing together and guitars

From: SmashMusicInc@aol.com
Date: Wed, 2 May 2007 20:50:40 -0500
Subject: film music
To: theraskintwins@hotmail.com

do you have any CDs where both of you are singing together with guitars ..

Regards,

Richard Walters

Smash Music
6464 Sunset Blvd  Suite 740
Hollywood, CA 90028
Tel 323-463-8400
Fax 323-463-4696
SmashMusicInc@aol.com

Check out AOL Money & Finance's list of the hottest products and top money wasters of 2007.

EXHIBIT "4"

Case 2:09-cv-06161-RSWL-PLA   Document 53   Filed 04/13/10   Page 65 of 73   Page ID
#:296

Log out

| DASHBOARD | SERVICES | NEWS/FORUMS | FAQ | CONTACT US |

**Mandatory Account Info**

Contact Info
Account Password
Payment Info

**Basic Album Info**

Basic Album Info/Barcode
Album/Track Info
Physical Sales Contract
Digital Sales Contract

**Detailed Album Info**

Genres/Artist Location
Detailed Track Info
Descriptive Album Info

**CD Baby Pricing**

Physical CD Price
Digital Album/Track Prices
ISRC Codes

**Digital Distribution**

DD Options
Extended Tracks
Territory Restrictions
Variable Pricing For DD

**Upload and Checklist**

Submit Content
Cart
Checkout

## DIGITAL DISTRIBUTION OPTIONS

***Please choose which Digital Distribution option you would like for your album from the list below.*** ⓘ

⦿ **CD Baby Only (No distribution)**
You can still sell digital downloads of your music on CD Baby, but we won't send you anywhere else unless you specifically ask us to.

◯ **Only sales. (No streams, no subscription services)**
This option only includes sites that pay 60 cents per track and over. (Download/kiosk/etc.)

◯ **Only traditional**
Only the mainstream business models: selling downloads, streaming, ringtones, kiosks, etc. If a new company comes along with a very different business model, you will NOT be included. This option includes subscription services, which means along with paid downloads, your music will be available for full length streaming to their members (each stream pays a fraction of a penny per listen).

◯ **Everything that pays**
As long as it pays, you'll take it. There are always new forms of income for your music in the digital world, and we'll make sure it is sent to partners that use innovative models. This option includes paid streams, as well as services that may pay less than more traditional sites for downloads. Option D is great for exposure, and will ensure that your music is delivered to a vast majority of our digital partners!

◯ **Do it all. Even unpaid.**
You'll take everything that pays AND you want us to send it to places that get you extra exposure, even if it doesn't pay. This level includes services that may, under certain circumstances, offer free downloads. Don't worry though, we're not here to just give your music away for free; CD Baby only enters partnerships that we feel will ultimately provide value. Choosing this option means you'll be delivered to every single digital retailer that we are partnered with!

**Note: In addition to these settings, you can also make specific restrictions to your distribution settings on the "Territory Restrictions" page.**

**Uncheck the boxes below if you do NOT want to distribute your music to that company. But please note, once your album is finalized for digital distribution you will have to get in touch with us directly to make any additional changes to your distribution preferences beyond this point.**

| | | |
|---|---|---|
| ☐ Amazon MP3 | ☐ Amie Street | ☐ Apple iTunes |
| ☐ Emusic | ☐ GreatIndieMusic | ☐ Lala |
| ☐ Last.fm | ☐ LimeWire | ☐ Liquid Digital Media |
| ☐ MediaNet | ☐ Napster | ☐ Nokia |
| ☐ Rhapsody | ☐ Shockhound | ☐ Spotify |
| ☐ ThumbPlay | ☐ Tradebit | ☐ Verizon |
| ☐ Zune | | |

**SAVE AND CONTINUE ▷**

| COMPANY INFO | NEED HELP? | MY ACCOUNT | MORE... |
|---|---|---|---|
| About CD Baby | Contact Us | Logout | Host Baby |
| Newsletter Sign Up | Shipping Info | | Film Baby |
| Terms & Conditions | Returns | | Podcast |
| Privacy Policy | Forgot Your Password | | Duplication |
| | FAQ | | Redeem Download Cards |
| | | | Artist Sign Up |

Log in

type your search here...        SEARCH ▷

◁ BACK TO ARTIST PAGE



Log in to add to your wishlist

Pop, Rock, Easy listening

Genre: Pop: Pop/Rock
Release Date: 2007

**Related Items**

**Recommended if you like**

Goo Goo Dolls
Maroon 5
The Replacements

**Genres you will love**

Pop: Pop/Rock
Easy Listening: Easy Pop
Moods: Type: Soundtrack

**By Location**

California - LA

**Albums you will love**





More cool artist stuff

**Links**

MusicIsHere
PayPlay
Apple iTunes
GreatIndieMusic
GroupieTunes
Official Website
Tradebit

## Essentials
The Raskins
© Copyright-The Raskins  (634479580116)
Record Label: The Raskins

BUY NOW ▷    Download Album (MP3) - $9.79

see album notes & reviews

AVAILABLE FOR DOWNLOAD ONLY



| Preview | Song Name | Time | Format | Price | Select |
|---|---|---|---|---|---|
| ● | Change | 4:19 | MP3 ▾ | $0.99 | ☐ |
| ● | Reach Towards The Moon | 3:34 | MP3 ▾ | $0.99 | ☐ |
| ● | Hold Me Now | 5:31 | MP3 ▾ | $0.99 | ☐ |
| ● | Brother | 5:19 | | Album Only | ☐ |
| ● | Seasons | 3:33 | MP3 ▾ | $0.99 | ☐ |
| ● | Dare To Love | 2:47 | MP3 ▾ | $0.99 | ☐ |
| ● | She's The One | 3:29 | MP3 ▾ | $0.99 | ☐ |
| ● | Crying & Laughing | 3:46 | MP3 ▾ | $0.99 | ☐ |
| ● | Falling To Pieces | 3:26 | MP3 ▾ | $0.99 | ☐ |
| ● | Kiss You One More Time | 4:56 | MP3 ▾ | $0.99 | ☐ |
| ● | preview all songs | | | | |

DOWNLOAD SELECTED SONGS ▷

**Album Notes**

The Raskins long awaited full length album "Essentials" is nothing short of brilliant and a wonderful follow up to there EP entitled "New Day" which is a must have. The Raskins "Essentials" features songs from the hit movies "Slingshot" and "Mini's First Time" and some other contemporary pop classics by The Raskins... All songs songs written and recorded by The Raskins except the song "Brother" which was written, recorded, and preformed by Anthony Ormesher of the band "Amature"

Identical twins Roger Raskin and Logan Raskin are a tremendous writing duo from New York City with a wonderful and beautiful sound of there own. The Raskins "Essentials" is a wonderful addition to your music collection...

"Slingshot" soundtrack

"Mini's First Time" soundtrack

Read less...

**REVIEWS**

Please log in to review the album.

**The Raskins Essentials**
☆☆☆☆☆
*author: scott s. means*
I love this album. All the artists touch my spirit and make me feel deeply about my life. Thank you.

Case 2:09-cv-06161-RSWL-PLA   Document 53   Filed 04/13/10   Page 67 of 73   Page ID #:298

Log out

DASHBOARD    SERVICES    NEWS/FORUMS    FAQ    CONTACT US

Mandatory Account Info

Contact Info
Account Password
Payment Info

Basic Album Info

Basic Album Info/Barcode
Album/Track Info
Physical Sales Contract
Digital Sales Contract

Detailed Album Info

Genres/Artist Location
Detailed Track Info
Descriptive Album Info

CD Baby Pricing

Physical CD Price
Digital Album/Track Prices
ISRC Codes

Digital Distribution

DD Options
Extended Tracks
Territory Restrictions
Variable Pricing For DD

Upload and Checklist

Submit Content
Cart
Checkout

## ARTIST NAME

*Please enter the artist's name for each track below.*

If the artist's name is the same for every track, enter the name in the first field and check the "Apply to all tracks" checkbox

| | | |
|---|---|---|
| 1. Change * | The Raskins | ☐ Apply to all tracks |
| 2. Reach Towards The Moon * | The Raskins | |
| 3. Hold Me Now * | The Raskins | |
| 4. Brother * | Anthony Ormesher | |
| 5. Seasons * | The Raskins | |
| 6. Dare To Love * | The Raskins | |
| 7. She's The One * | The Raskins | |
| 8. Crying & Laughing * | The Raskins | |
| 9. Falling To Pieces * | The Raskins | |
| 10. Kiss You One More Time * | The Raskins | |

## COMPOSER

*Please enter the composer's name for each track below.* ⓘ

If the composer's name is the same for every track, enter the name in the first field and check the "Apply to all tracks" checkbox.

| | | |
|---|---|---|
| 1. Change * | Roger and Logan Raskin | ☐ Apply to all tracks |
| 2. Reach Towards The Moon * | Roger and Logan Raskin | |
| 3. Hold Me Now * | Roger and Logan Raskin | |
| 4. Brother * | Anthony Ormesher | |
| 5. Seasons * | Roger and Logan Raskin | |
| 6. Dare To Love * | Roger and Logan Raskin | |
| 7. She's The One * | Roger and Logan Raskin | |
| 8. Crying & Laughing * | Roger and Logan Raskin | |
| 9. Falling To Pieces * | Roger and Logan Raskin | |
| 10. Kiss You One More Time * | Roger and Logan Raskin | |

## PUBLISHER

*Please enter the publisher's name for each track below.* ⌒

If the publisher's information is the same as the composer's information above, check the "Same as composer" checkbox.
If the publisher's name is the same for every track, enter the name in the first field and check the "Apply to all tracks" checkbox

☐ Same as composer

| | | |
|---|---|---|
| 1. Change * | MIRAL Publishing | ☐ Apply to all tracks |
| 2. Reach Towards The Moon * | MIRAL Publishing | |
| 3. Hold Me Now * | MIRAL Publishing | |

| | |
|---|---|
| 4. Brother * | Anthony Ormesher |
| | 5. Seasons * |
| MIRAL Publishing | |
| 6. Dare To Love * | MIRAL Publishing |
| 7. She's The One * | MIRAL Publishing |
| 8. Crying & Laughing * | MIRAL Publishing |
| 9. Falling To Pieces * | MIRAL Publishing |
| 10. Kiss You One More Time * | MIRAL Publishing |

**EXPLICIT LYRICS**

*Please choose whether a track has explicit lyrics below.*

If the choice is the same for each track, make the selection in the first drop down and check the "Apply to all tracks" checkbox.

1. Change *                            NO ☐    ☐ Apply to all tracks

2. Reach Towards The Moon *            NO ☐

3. Hold Me Now *                       NO ☐

4. Brother *                           NO ☐

5. Seasons *                           NO ☐

6. Dare To Love *                      NO ☐

7. She's The One *                     NO ☐

8. Crying & Laughing *                 NO ☐

9. Falling To Pieces *                 NO ☐

10. Kiss You One More Time *           NO ☐

[ SAVE AND CONTINUE ]    (you can always edit later)

| COMPANY INFO | NEED HELP? | MY ACCOUNT | MORE... |
|---|---|---|---|
| About CD Baby | Contact Us | Logout | Host Baby |
| Newsletter Sign Up | Shipping Info | | Film Baby |
| Terms & Conditions | Returns | | Podcast |
| Privacy Policy | Forgot Your Password | | Duplication |
| | FAQ | | Redeem Download Cards |
| | | | Artist Sign Up |

EXHIBIT "5"

Log out

| DASHBOARD | SERVICES | NEWS/FORUMS | FAQ | CONTACT US |

**Mandatory Account Info**

Contact Info
Account Password
Payment Info

**Basic Album Info**

Basic Album Info/Barcode
Album/Track Info
Physical Sales Contract
Digital Sales Contract

**Detailed Album Info**

Genres/Artist Location
Detailed Track Info
Descriptive Album Info

**CD Baby Pricing**

Physical CD Price
Digital Album/Track Prices
ISRC Codes

**Digital Distribution**

DD Options
Extended Tracks
Territory Restrictions
Variable Pricing For DD

**Upload and Checklist**

Submit Content
Cart
Checkout

## DIGITAL DISTRIBUTION OPTIONS

***Please choose which Digital Distribution option you would like for your album from the list below.*** ⓘ

◉ **CD Baby Only (No distribution)**
You can still sell digital downloads of your music on CD Baby, but we won't send you anywhere else unless you specifically ask us to.

○ **Only sales. (No streams. no subscription services)**
This option only includes sites that pay 60 cents per track and over. (Download/kiosk/etc.)

○ **Only traditional**
Only the mainstream business models: selling downloads, streaming, ringtones, kiosks, etc. If a new company comes along with a very different business model, you will NOT be included. This option includes subscription services, which means along with paid downloads, your music will be available for full length streaming to their members (each stream pays a fraction of a penny per listen).

○ **Everything that pays**
As long as it pays, you'll take it. There are always new forms of income for your music in the digital world, and we'll make sure it is sent to partners that use innovative models. This option includes paid streams, as well as services that may pay less than more traditional sites for downloads. Option D is great for exposure, and will ensure that your music is delivered to a vast majority of our digital partners!

○ **Do it all. Even unpaid.**
You'll take everything that pays AND you want us to send it to places that get you extra exposure, even if it doesn't pay. This level includes services that may, under certain circumstances, offer free downloads. Don't worry though, we're not here to just give your music away for free; CD Baby only enters partnerships that we feel will ultimately provide value. Choosing this option means you'll be delivered to every single digital retailer that we are partnered with!

**Note: In addition to these settings, you can also make specific restrictions to your distribution settings on the "Territory Restrictions" page.**

**Uncheck the boxes below if you do NOT want to distribute your music to that company. But please note, once your album is finalized for digital distribution you will have to get in touch with us directly to make any additional changes to your distribution preferences beyond this point.**

| | | |
|---|---|---|
| ☐ Amazon MP3 | ☐ Amie Street | ☐ Apple iTunes |
| ☐ Emusic | ☐ GreatIndieMusic | ☐ Lala |
| ☐ Last fm | ☐ LimeWire | ☐ Liquid Digital Media |
| ☐ MediaNet | ☐ Napster | ☐ Nokia |
| ☐ Rhapsody | ☐ Shockhound | ☐ Spotify |
| ☐ ThumbPlay | ☐ Tradebit | ☐ Verizon |
| ☐ Zune | | |

**SAVE AND CONTINUE ▷**

| COMPANY INFO | NEED HELP? | MY ACCOUNT | MORE... |
|---|---|---|---|
| About CD Baby | Contact Us | Logout | Host Baby |
| Newsletter Sign Up | Shipping Info | | Film Baby |
| Terms & Conditions | Returns | | Podcast |
| Privacy Policy | Forgot Your Password | | Duplication |
| | FAQ | | Redeem Download Cards |
| | | | Artist Sign Up |

Log in

type your search here... | SEARCH ▷

◀ BACK TO ARTIST PAGE



Log in to add to your wishlist

Pop, Rock, Easy listening

Genre: Pop: Pop/Rock
Release Date: 2007

**Related Items**

**Recommended if you like**

Goo Goo Dolls
Maroon 5
The Replacements

**Genres you will love**

Pop: Pop/Rock
Easy Listening: Easy Pop
Moods: Type: Soundtrack

**By Location**

California - LA

**Albums you will love**





More cool artist stuff

**Links**

MusicIsHere
PayPlay
Apple iTunes
GreatIndieMusic
GroupieTunes
Official Website
Tradebit

## Essentials
### The Raskins
© Copyright-The Raskins  (634479580116)
Record Label: The Raskins

AVAILABLE FOR DOWNLOAD ONLY

BUY NOW ▷    **Download Album (MP3) - $9.79**

see album notes & reviews

| Preview | Song Name | Time | Format | Price | Select |
|---------|-----------|------|--------|-------|--------|
| ▶ | Change | 4:19 | MP3 ▾ | $0.99 | ☐ |
| ▶ | Reach Towards The Moon | 3:34 | MP3 ▾ | $0.99 | ☐ |
| ▶ | Hold Me Now | 5:31 | MP3 ▾ | $0.99 | ☐ |
| ▶ | Brother | 5:19 | | Album Only | ☐ |
| ▶ | Seasons | 3:33 | MP3 ▾ | $0.99 | ☐ |
| ▶ | Dare To Love | 2:47 | MP3 ▾ | $0.99 | ☐ |
| ▶ | She's The One | 3:29 | MP3 ▾ | $0.99 | ☐ |
| ▶ | Crying & Laughing | 3:46 | MP3 ▾ | $0.99 | ☐ |
| ▶ | Falling To Pieces | 3:26 | MP3 ▾ | $0.99 | ☐ |
| ▶ | Kiss You One More Time | 4:56 | MP3 ▾ | $0.99 | ☐ |
| ▶ | preview all songs | | | | |

DOWNLOAD SELECTED SONGS ▷

### Album Notes

The Raskins long awaited full length album "Essentials" is nothing short of brilliant and a wonderful follow up to there EP entitled "New Day" which is a must have. The Raskins "Essentials" features songs from the hit movies "Slingshot" and "Mini's First Time" and some other contemporary pop classics by The Raskins... All songs written and recorded by The Raskins except the song "Brother" which was written, recorded, and preformed by Anthony Ormesher of the band "Amature"

Identical twins Roger Raskin and Logan Raskin are a tremendous writing duo from New York City with a wonderful and beautiful sound of there own. The Raskins "Essentials" is a wonderful addition to your music collection...

"Slingshot" soundtrack
"Mini's First Time" soundtrack

Read less...

### REVIEWS

Please log in to review the album.

#### The Raskins Essentials
☆☆☆☆☆
*author: scott s. means*
I love this album. All the artists touch my spirit and make me feel deeply about my life. Thank you.

Case 2:09-cv-06161-RSWL-PLA   Document 53   Filed 04/13/10   Page 72 of 73   Page ID
#:303

Log out

**DASHBOARD**   **SERVICES**   **NEWS/FORUMS**   **FAQ**   **CONTACT US**

## ARTIST NAME

*Please enter the artist's name for each track below.*

If the artist's name is the same for every track, enter the name in the first field and check the "Apply to all tracks" checkbox

### Mandatory Account Info
Contact Info
Account Password
Payment Info

### Basic Album Info
Basic Album Info/Barcode
Album/Track Info
Physical Sales Contract
Digital Sales Contract

### Detailed Album Info
Genres/Artist Location
Detailed Track Info
Descriptive Album Info

### CD Baby Pricing
Physical CD Price
Digital Album/Track Prices
ISRC Codes

### Digital Distribution
DD Options
Extended Tracks
Territory Restrictions
Variable Pricing For DD

### Upload and Checklist
Submit Content
Cart
Checkout

| | | |
|---|---|---|
| 1. Change * | The Raskins | ☐ Apply to all tracks |
| 2. Reach Towards The Moon * | The Raskins | |
| 3. Hold Me Now * | The Raskins | |
| 4. Brother * | Anthony Ormesher | |
| 5. Seasons * | The Raskins | |
| 6. Dare To Love * | The Raskins | |
| 7. She's The One * | The Raskins | |
| 8. Crying & Laughing * | The Raskins | |
| 9. Falling To Pieces * | The Raskins | |
| 10. Kiss You One More Time * | The Raskins | |

## COMPOSER

*Please enter the composer's name for each track below.* ⑦

If the composer's name is the same for every track, enter the name in the first field and check the "Apply to all tracks" checkbox.

| | | |
|---|---|---|
| 1. Change * | Roger and Logan Raskin | ☐ Apply to all tracks |
| 2. Reach Towards The Moon * | Roger and Logan Raskin | |
| 3. Hold Me Now * | Roger and Logan Raskin | |
| 4. Brother * | Anthony Ormesher | |
| 5. Seasons * | Roger and Logan Raskin | |
| 6. Dare To Love * | Roger and Logan Raskin | |
| 7. She's The One * | Roger and Logan Raskin | |
| 8. Crying & Laughing * | Roger and Logan Raskin | |
| 9. Falling To Pieces * | Roger and Logan Raskin | |
| 10. Kiss You One More Time * | Roger and Logan Raskin | |

## PUBLISHER

*Please enter the publisher's name for each track below.*

If the publisher's information is the same as the composer's information above, check the "Same as composer" checkbox.

If the publisher's name is the same for every track, enter the name in the first field and check the "Apply to all tracks" checkbox

☐ Same as composer

| | | |
|---|---|---|
| 1. Change * | MIRAL Publishing | ☐ Apply to all tracks |
| 2. Reach Towards The Moon * | MIRAL Publishing | |
| 3. Hold Me Now * | MIRAL Publishing | |

Case 2:09-cv-06161-RSWL-PLA   Document 53   Filed 04/13/10   Page 73 of 73   Page ID #:304

4. Brother *                      Anthony Ormesher

                                  5. Seasons *
--------------------

  MIRAL Publishing

6. Dare To Love *                 MIRAL Publishing

7. She's The One *                MIRAL Publishing

8. Crying & Laughing *            MIRAL Publishing

9. Falling To Pieces *            MIRAL Publishing

10. Kiss You One More Time *      MIRAL Publishing


**EXPLICIT LYRICS**

*Please choose whether a track has explicit lyrics below.*

If the choice is the same for each track, make the selection in the first drop down and check the "Apply to all tracks" checkbox.

1. Change *                           NO [ ]  ☐ Apply to all tracks

2. Reach Towards The Moon *           NO [ ]

3. Hold Me Now *                      NO [ ]

4. Brother *                          NO [ ]

5. Seasons *                          NO [ ]

6. Dare To Love *                     NO [ ]

7. She's The One *                    NO [ ]

8. Crying & Laughing *                NO [ ]

9. Falling To Pieces *                NO [ ]

10. Kiss You One More Time *          NO [ ]


[ SAVE AND CONTINUE ]   (you can always edit later)

| COMPANY INFO | NEED HELP? | MY ACCOUNT | MORE... |
|---|---|---|---|
| About CD Baby | Contact Us | Logout | Host Baby |
| Newsletter Sign Up | Shipping Info | | Film Baby |
| Terms & Conditions | Returns | | Podcast |
| Privacy Policy | Forgot Your Password | | Duplication |
| | FAQ | | Redeem Download Cards |
| | | | Artist Sign Up |