1   EVAN S. COHEN (State Bar # 119601)
    e-mail: ecohen@manifesto.com
2   S. MARTIN KELETI (State Bar # 144208)
    e-mail: keleti@manifesto.com
3   SOMMER A. ISSAQ (State Bar # 259081)
    e-mail sissaq@cohenmusiclaw.com
4   COHEN AND COHEN
    8340 Melrose Avenue
5   Los Angeles, California 90069-5420
    (323) 655-4444 Telephone
6   (323) 655-3333 Facsimile

7   Attorneys for plaintiffs ANTHONY
    ORMESHER and JOSE ALVES

8

                                            JS - 6

9              United States District Court

10             Central District of California

11  ANTHONY ORMESHER, an          Case No.CV09-6161 RSWL (PLAx)
    individual; and
12  JOSE ALVES, an individual,    JUDGMENT

13
            Plaintiffs,
14
                 v.
15
    ROGER RASKIN, an individual; *et
16  al.*,

17          Defendants.

18                    **JUDGMENT**

19          The default of defendant Carlos Villalobos, Jr. (Villalobos) having been

20  entered on October 2, 2009, an order granting plaintiffs' motion for summary

21  adjudication having been entered on May 6, 2010, and plaintiffs Anthony Ormesher

22  and Jose Alves ("Plaintiffs"), and defendants Roger Raskin ("Roger") and Garth

23  Logan Raskin ("Garth") having stipulated to the amount of damages plaintiffs

24  suffered due to defendants' infringement of Plaintiffs' copyright, defendants Doe 1

25  through Doe 10 are dismissed.

26  ///

27  ///

28  ///

1        Plaintiffs shall recover from defendants Villalobos, Roger and Garth damages

2    in the amount of $5,000 (five thousand dollars), costs other than attorney fees in the

3    amount of $_____, pursuant to Fed. R. Civ. P. 54(d), and attorney fees of

4    $_____ as additional costs, pursuant to 17 U.S.C. § 505.

5

6        IT IS SO ORDERED.

7

8    Dated: August 4, 2010           _____

                              HON. RONALD S. W. LEW

9                                  United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Judgment